Jeffrey R. Freund
Zoe L. Palitz
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., 10th Floor
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (212) 842-1888

*Counsel to Bakery, Confectionery, Tobacco
Workers and Grain Millers International Union and
Affiliated Local Unions Representing Debtors'
Employees*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HOSTESS BRANDS, INC., et al.,[1] | Case No. 12-22052 (RDD) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEAL

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

The Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, on behalf of its thirty-five local unions who are the "authorized representatives" of certain of the Debtors' employees and retirees, appeals under 28 U.S.C. § 158(a) from the Order of the Honorable Robert D. Drain of the United States Bankruptcy Court, Southern District of New York, Denying the Motion of the Bakery, Confectionery, Tobacco Workers and Grain Millers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are as follows: (i) Hostess Brands, Inc. (0322); (ii) IBC Sales Corporation (3634); (iii) IBC Services, LLC (3639); (iv) IBC Trucking, LLC (8328); (v) Interstate Brands Corporation (6705; and (vi) MCF Legacy, Inc. (0599).

1

International Union for an Order Directing Payment of Post Petition Employee Benefit Contributions and Allowing an Administrative Expense Claim for Unpaid Amounts, Dkt. No. 1168, entered on the 27th day of June, 2012.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Attn: Corinne Ball, Esq. (cball@jonesday.com)
Heather Lennox, Esq. (hlennox@jonesday.com)
Lisa Laukitis, Esq. (llaukitis@jonesday.com)
Veerle Roovers, Esq. (vroovers@jonesday.com)
-and-
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Attn: Ryan T. Routh, Esq. (rrouth@jonesday.com)

*Counsel to Debtors*

Jeffrey R. Freund
Zoe L. Palitz
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St., N.W., 10th Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888

*Counsel for the Bakery, Confectionery, Tobacco Workers and Grain Millers International Union and Affiliated Local Unions Representing Debtors' Employees*

Dated: June 28, 2012

Jeffrey R. Freund
Zoe L. Palitz
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., 10th Floor
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (212) 842-1888

*Counsel to Bakery, Confectionery, Tobacco Workers and Grain Millers International Union and Affiliated Local Unions Representing Debtors' Employees*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HOSTESS BRANDS, INC., et al.,[1] | Case No. 12-22052 (RDD) |
| Debtors. | Jointly Administered |

**APPELLANT'S STATEMENT OF ELECTION TO HAVE**
**THE UNITED STATES DISTRICT COURT HEAR APPEAL**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

The Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, on behalf of its thirty-five local unions who are the "authorized representatives" of certain of the Debtors' employees and retirees, hereby elects, pursuant to 28 U.S.C. § 158(c)(1)(A) and Fed. R.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are as follows: (i) Hostess Brands, Inc. (0322); (ii) IBC Sales Corporation (3634); (iii) IBC Services, LLC (3639); (iv) IBC Trucking, LLC (8328); (v) Interstate Brands Corporation (6705; and (vi) MCF Legacy, Inc. (0599).

1

Bankr. P. 8001(e)(1), to have the United States District Court for the Southern District of New York hear this appeal.

/s/ Jeffrey R. Freund
Jeffrey R. Freund
Zoe L. Palitz
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St., N.W., 10th Floor
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888

*Counsel for the Bakery, Confectionery, Tobacco Workers and Grain Millers International Union and Affiliated Local Unions Representing Debtors' Employees*

Dated: June 28, 2012